**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
SOUTHERN DIVISION

VALARIE FARRIS,

Plaintiff,

v.

FRANK BISIGNANO,
COMMISSIONER OF
SOCIAL SECURITY,

Defendant.

Civil Action No. 4:26-cv-04016-VLD

**ORDER**

AND NOW, this 19th day of August, 2026, it is hereby ORDERED that Plaintiff, Valarie Farris, is awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of $7,900.00. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

Veronica L. Duffy

United States Magistrate Judge Veronica L. Duffy